

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-20-00393-CV

**SEGUNDO NAVARRO DRILLING, LTD**., Lewis Petro Properties, Inc. and BP America
Production Company,
Appellants

v.

**JUAN SALINAS RANCH, LTD**.,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013CV7000614D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

    The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED.  The appellee's brief is due on or before March 8, 2021.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court